## 27339. HICKMAN v. BOOKER.

JORDAN, Justice. A judgment of contempt, unsupported by a certificate of immediate review, and not involving an application for discharge, as is disclosed by the record in the present case, is not appealable. *Code Ann.* § 6-701; *General Teamsters Local Union No. 528 v. Allied Foods,* 227 Ga. 830 (183 SE2d 374); *Fulford v. Fulford,* 225 Ga. 510 (170 SE2d 27).

    *Appeal dismissed. All the Justices concur.*
ARGUED SEPTEMBER 13, 1972—DECIDED OCTOBER 5, 1972.

*Webb, Parker, Young & Ferguson, Guy Parker, Paul Webb, Jr., Harold T. Daniel, Jr.,* for appellant.
*Smith, Spears & Sears, Ted D. Spears,* for appellee.